UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CAL-NET PRODUCE, INC.,

        Plaintiff,

   v.

CHAVEZ PRODUCE, et al.,

        Defendants.

NO. CIV. S-02-0011 FCD PAN

<u>ORDER AND ORDER TO SHOW CAUSE RE: SANCTIONS</u>

----oo0oo----

    Plaintiff filed this action on January 3, 2002. On March 18, 2002, plaintiff filed a return of service executed as to all defendants.  On July 8, 2002, plaintiff requested default to be entered against the same defendants, and default was entered in accordance with F.R.C.P 55(a) on July 10, 2002.

    As of May 2, 2005 no further action has been taken by plaintiff for final resolution of this action.  Accordingly, the court makes the following orders:

1.  Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

2.  Plaintiff's counsel shall file a response to the order to show cause on or before May 13, 2005.

3.  A hearing on this order to show cause is set for Friday, May 27, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 2, 2005.

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE