IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAL-NET PRODUCE, INC.,

        Plaintiff,        No. CIV. S-02-0011-FCD-PAN

   v.

CHAVEZ PRODUCE, et al.,        ORDER

        Defendants.
_____/

     This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On June 30, 2005, Judge Nowinski recommended that default judgment be entered against defendants Chavez Produce and Manuel Chavez.  No objections to the findings and recommendation have been filed.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed June 30, 2005, are adopted in full;

    2.  The clerk of court shall enter default judgment pursuant to Fed. R. Civ. P 55(b)(2) against defendants Chavez Produce and Manuel Chavez in the principal amount of $13,857.75, plus post-judgment interest at the rate of 3.38 percent pursuant to 28 U.S.C. § 1961, and pre-judgment interest at the rate of 3.38 percent pursuant to the standards set forth in <u>Middle Mountain Land and Produce Inc.</u>, 307 F.3d 1220, 1225-1226 (9th Cir. 2002); and

    3.  The clerk's entry of default against defendants Miriam Oceguera and Moises Oceguera shall be set aside.  Fed. R. Civ. P. 55(c).

DATED:August 19, 2005

                                                           /s/ Frank C. Damrell Jr.  
                                                           FRANK C. DAMRELL JR.  
                                                           United States District Judge